G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
LEONARDO CRISTOBAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO CRISTOBAL,<br><br>    Plaintiff,<br><br>vs.<br><br>LHR INC.; and DOES 1 to 10, inclusive,<br><br>    Defendants. | **Case No.: 3:13-cv-00042-JSC**<br><br>**VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LEONARDO CRISTOBAL, by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED:  April 10, 2013

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
    G. Thomas Martin, III
    Attorney for Plaintiff